UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mark O.,

                    Petitioner,          **ORDER DISMISSING PETITION**
                                         **FOR WRIT OF HABEAS CORPUS**

v.

Todd Blanche, et al.,                    Civil File No. 26-02448 (MJD/EMB)

                    Defendants.

Jolena Marie Zabel, Kristin K. Zinsmaster, Matthew J. Rubenstein, Jones Day Counsel for Petitioner.

David W. Fuller, Derek Ganzhorn, Assistant United States Attorneys, Counsel for Federal Respondents.

On May 18, 2026, the Court granted Petitioner Mark O.'s Petition for Writ of Habeas Corpus. (Doc. 7.) As part of that Order, Respondents were required to provide Petitioner with a bond hearing within one week after issuance of the Order, file notice of the scheduled hearing directly with the Court, and file a status update after the hearing to inform the Court of the result. (Id.)

In spite of the Court's Order, Respondents did not file notice of the scheduled bond hearing. Instead, on May 22, 2026, Respondents filed a status update, attaching the Immigration Judge's Order denying bond to Petitioner on May 21, 2026. (Docs. 10, 10-1.) The Immigration Judge's Order first notes that

both parties failed to accurately advise the Court the true basis for Petitioner's detention pursuant to 8 C.F.R. Section 1003.19(h)(2)(i)(B). (Doc. 10-1.) The Immigration Judge then determined that Respondent failed to demonstrate that he was not a flight risk, so bond was not appropriate. (Id.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Mark O.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 27, 2026                          s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court

2